# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FALASHA ALI,

    Plaintiff,

    v.

CITY OF NORTH LAS VEGAS, *et al.*,

    Defendants.

Case No. 2:15-cv-02171-KJD-GWF

**ORDER**

## I. DISCUSSION

On May 16, 2016, the Court issued a screening order allowing Plaintiff to proceed on certain claims. (ECF No. 4). On May 20, 2016, Plaintiff filed a notice of change of address, indicating he was now in custody at FCI Florence in Colorado. (ECF No. 7). Due to the closeness in proximity between the filing of the screening order and Plaintiff's updated address, the Court will resend the relevant documents to Plaintiff at his updated address.[1]

## II. ORDER

**IT IS THEREFORE ORDERED** that the Court hereby directs that the Clerk of the Court shall **SEND** a copy of this order and the screening order (ECF No. 4) to Plaintiff at his updated address.

**IT IS FURTHER ORDERED** that, pursuant to 28 U.S.C. § 1915(b)(2), the Federal Bureau of Prisons shall pay to the Clerk of the United States District Court, District of Nevada, 20% of the preceding month's deposits to Plaintiff's account *(**Falasha Ali, #40804-048**), in the months that the account exceeds $10.00, until the full $350.00 filing fee has been paid for this

---

[1] The screening order that was sent to the Budget and Accounting Officer at FCI Victorville, where Plaintiff was previously incarcerated, was returned as "undeliverable" to the Court. (ECF No. 8). The Court will resend the screening order to the Budget and Accounting Office at FCI Florence where Plaintiff is presently incarcerated.

action. The Clerk of the Court shall **SEND** a copy of this order to the Finance Division of the Clerk's Office. The Clerk of the Court shall also **SEND** a copy of this order to the attention of the Budget and Accounting Officer c/o Warden, FCI Florence, Federal Correctional Institution, P.O. Box 6500, Florence, CO 81226.

**IT IS FURTHER ORDERED** that the Clerk of Court **SHALL SEND** to Plaintiff two USM-285 forms and one copy of the complaint (ECF No. 5). Plaintiff shall have **thirty (30) days** within which to furnish to the U.S. Marshal the required USM-285 forms with relevant information as to each Defendant on each form. Within **twenty (20) days** after receiving from the U.S. Marshal a copy of the USM-285 forms showing whether service has been accomplished, Plaintiff must file a notice with the Court identifying which Defendants were served and which were not served, if any. If Plaintiff wishes to have service again attempted on an unserved Defendant(s), then a motion must be filed with the Court identifying the unserved Defendant(s) and specifying a more detailed name and/or address for said Defendant(s), or whether some other manner of service should be attempted

DATED: This __27__ day of May, 2016.

_____
United States District Judge