# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| FALASHA ALI, | ) | |
| Plaintiffs, | ) | Case No. 2:15-cv-02171-KJD-GWF |
| vs. | ) | **ORDER** |
| CITY OF NORTH LAS VEGAS, *et al.*, | ) | |
| Defendants. | ) | |

This matter is before the Court on Defendant City of North Las Vegas's proposed Discovery Plan and Scheduling Order (ECF No. 19), filed on September 1, 2016. Upon review and consideration,

**IT IS HEREBY ORDERED** that Defendant City of North Las Vegas's proposed Discovery Plan and Scheduling Order (ECF No. 19) is **granted** to the extent that discovery in this matter is *STAYED* for thirty (30) days from the date of this order. However, following the stay the parties are required to file a proposed discovery plan and scheduling order that includes specific dates for the discovery cut-off and other related deadlines.

**IT IS FURTHER ORDERED** that Plaintiff is directed to file a written status report with the Court no later than **September 12, 2016**, which advises the Court whether the facility Plaintiff is located at is still on lock down and whether he remains unable to participate in his case.

DATED this 2nd day of September, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge