## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FALASHA ALI, | )<br>) |
| Plaintiffs, | )   Case No.  2:15-cv-02171-KJD-GWF<br>) |
| vs. | )   **ORDER**<br>) |
| CITY OF NORTH LAS VEGAS, *et al.*, | )<br>) |
| Defendants. | )<br>) |

This matter is before the Court on Plaintiff's Motion to Extend Time (ECF No. 18), filed on August 12, 2016.

Pursuant to Fed. R. Civ. P. 6(b) and LR IA 6-1, extensions of time may be granted for good cause shown.  Plaintiff requests an additional thirty (30) days to file an opposition to Defendant's Motion to Dismiss (ECF No. 15) due to the fact that the facility in which he currently resides is on an institutional lock down.  The Court finds that Plaintiff has shown good cause to extend the response deadline.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Time (ECF No. 18) is **granted**.  Plaintiff shall have until **September 22, 2016** to file an opposition to Defendant's motion to dismiss.  If, however, the facility remains on lock down, Plaintiff may file an additional motion requesting an extension of this deadline.

DATED this 7th day of September, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge