# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FALASHA ALI, | ) |
| Plaintiffs, | ) Case No. 2:15-cv-02171-KJD-GWF |
| vs. | ) **ORDER** |
| CITY OF NORTH LAS VEGAS, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiff's Motion to Stipulate Extending Time for Defendants to Answer Plaintiff's Interrogatories (ECF No. 40), filed on February 21, 2017. Defendants filed an Opposition (ECF No. 44) on March 7, 2017. Plaintiff did not file a reply. The Court directed Plaintiff to file a copy of the interrogatories with the Court, which Plaintiff did on March 16, 2017. *See* ECF No. 46.

Discovery closed on January 30, 2017. *Scheduling Order* (ECF No. 28). Plaintiff served his first set of interrogatories upon Defendants on January 6, 2017, which made the responses due no later than February 6, 2017.[1] Defendants refused to respond to Plaintiff's interrogatories on the grounds that they were untimely because the responses were due after the discovery cutoff. Plaintiff filed the instant motion seeking to in effect extend the discovery deadline so that Defendants would be required to respond to the interrogatories. Defendants oppose Plaintiff's request and argue that Plaintiff failed to provide good cause or excusable neglect for his failure to timely serve the interrogatories.

Given the fact that Plaintiff is appearing in this action *pro se* and the fact that Plaintiff served the interrogatories only a week late, which is not an extraordinary period of delay, the Court is

---

[1] The deadline for Defendants to respond to Plaintiff's interrogatories fell on February 5, 2017, which was a Sunday. The deadline was therefore the following business day— February 6, 2017.

inclined to grant Plaintiff's request. In addition, the Court finds that the interrogatories propounded by Plaintiff appear to be relevant. However, because Plaintiff waited until the end of the discovery period to begin conducting discovery, the Court will not consider extending any other discovery deadlines or granting any further discovery requests.[2] Accordingly.

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Stipulate Extending Time for Defendants to Answer Plaintiff's Interrogatories (ECF No. 40) is **granted**.

**IT IS FURTHER ORDERED** that Defendants shall respond to Plaintiff's interrogatories no later than **April 5, 2017**.

DATED this 22nd day of March, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

---

[2] Because the Court will not extend any other discovery deadlines, Plaintiff's request for a discovery conference is denied.