# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FALASHA ALI, | |
| Plaintiffs, | Case No. 2:15-cv-02171-KJD-GWF |
| vs. | **ORDER** |
| CITY OF NORTH LAS VEGAS, *et al.*, | |
| Defendants. | |

In light of the District Court's Order (ECF No. 50) granting Defendants' motions to dismiss, this Court's Orders ECF No. 49 (directing Defendant to respond to Plaintiff's interrogatories) and 52 (directing Defendant to file a response to Plaintiff's motion to modify scheduling order) are **VACATED.**

IT IS SO ORDERED.

DATED this 24th day of March, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge